COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| JERRY LILLY, INDIVIDUALLY AND | | No. 08-16-00135-CV |
| D/B/A WESTAR INDUSTRIES, | § | |
| | | Appeal from |
| Appellant, | § | |
| | | 352nd District Court |
| v. | § | |
| | | of Tarrant County, Texas |
| CHRIS PHAM, ATTORNEY-IN-FACT | § | |
| FOR ALEX PHAM, | | (TC # 352-280346-15) |
| | § | |
| Appellee. | | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF OCTOBER, 2016.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.